JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| EJH GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> BMW OF NORTH AMERICA, LLC, et al. <br><br> Defendants. | Case No. 8:18-cv-00009-JVS-DFM <br><br> **JUDGMENT** <br><br> Judge: James V. Selna <br> Courtroom: 10C <br><br> Action Filed: December 1, 2017 <br> Trial: June 11, 2019 |

This action came on regularly for trial on June 11, 2019, in Courtroom 10C of the United States District Court, Central District of California, the Honorable James V. Selna presiding. Plaintiff EJH Group, Inc. was represented at trial by Monica L. Hartsock. Defendant BMW of North America, LLC was represented at trial by Harold T. Schisler, II and Lindsey J. Boyd.

A jury of eight (8) persons was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and argument of counsel, the jury was duly instructed by the Court and the case was submitted to the jury with directions to return a verdict on Plaintiff's express warranty claim, Plaintiff's civil penalties claim, and Plaintiff's implied warranty claim. The jury deliberated and thereafter returned to the Court its verdict as follows:

# I. Claim for Breach of Express Warranty and Civil Penalties

1. Did EJH Group, Inc. lease a 2016 BMW 428i distributed by BMW of North America, LLC?

　__X__ Yes　　____ No

*If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

2. Did BMW of North America, LLC give EJH Group, Inc. a written warranty?

　__X__ Yes　　____ No

*If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

3. Did the 2016 BMW 428i have a defect covered by the warranty that substantially impaired the vehicle's use, value, or safety to a reasonable lessee in EJH Group, Inc.'s situation?

　__X__ Yes　　____ No

*If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

4. Did BMW of North America, LLC or its authorized repair facility repair the 2016 BMW 428i to conform to the written warranty after a reasonable number of opportunities to do so?

　__X__ Yes　　____ No

*If your answer to question 4 is no, then answer question 5. If you answered yes, stop here, answer no further questions, and have the presiding juror sign and date this form.*

5. Did BMW of North America, LLC fail to promptly replace or repurchase the vehicle?

\_\_\_\_ Yes        \_\_\_\_ No

*If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

6. What are EJH Group, Inc.'s damages? Calculate as follows:

Add the following amounts:

    a. The lease price of the vehicle itself:     $     22,499.65

    b. Charges for transportation and manufacturer-installed options:     $_____.\_\_\_

    c. Finance charges actually paid by EJH Group, Inc.:     $_____.\_\_\_

    d. Sales tax, license fees, registration fees, and other official fees:     $_____.\_\_\_

    e. Incidental and consequential damages:     $_____.\_\_\_

    **SUBTOTAL**     $_____.\_\_\_

The Parties agree that the number of miles that the vehicle was driven between the time when EJH Group, Inc. took possession of the vehicle and the time when it first delivered to the Dealership regarding the dashboard is:

    **Answer:**     8,960 miles

The agreed value of use of the vehicle by EJH Group, Inc. before it was brought in for repair is:

**VALUE OF USE    $ 3,150.56**

Subtract the VALUE OF USE from the SUBTOTAL above and insert result in TOTAL DAMAGES below:

**TOTAL DAMAGES    $_____.\_\_\_**

7. Did BMW of North America, LLC willfully fail to repurchase or replace the 2016 BMW 428i?

\_\_\_\_ Yes        \_\_\_\_ No

*If your answer to question 7 is yes, then answer question 8. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

8. What amount, if any, do you impose as a penalty? [You may not exceed two times the "TOTAL DAMAGES" that you entered in question 6.]

**PENALTY        $_____.\_\_\_**

Signed:_____/s/_____
**Presiding Juror**

Dated: June 13, 2019

## II. Claim for Breach of Implied Warranty of Merchantability

1. Was the 2016 BMW 428i of the same quality as those generally acceptable in the trade?

\_\_X\_\_Yes        \_\_\_\_\_ No

*If your answer to question 1 is no, then answer question 2. If you answered yes, stop here, answer no further questions, and have the presiding juror sign and date this form.*

2. What amount is EJH Group, Inc. entitled to receive as restitution to it for the 2016 BMW 428i?

    $_____

Signed: _____/s/_____
            **Presiding Juror**

Dated: June 13, 2019

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is granted and shall be entered in favor of Defendant BMW of North America, LLC on all of the claims asserted against it by Plaintiff EJH Group, Inc.

DATED: June 26, 2019    BY _____
                          HON. JAMES V. SELNA

5                                    Case No. 8:18-cv-00009-JVS-DFM
[PROPOSED] JUDGMENT